IN RE APPLICATION OF KANTOR.

[Cite as *In re Application of Kantor* (1997), 79 Ohio St.3d 167.]

(No. 97–413—Submitted March 31, 1997—Decided June 18, 1997.)

168

■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■

*Keith McNamara* and *Michael R. Moran,* for relator Columbus Bar Association Admissions Committee.

*Charles W. Kettlewell,* for applicant.

*Per Curiam.* We accept the board's findings, conclusions, and recommendations. Applicant is hereby authorized to reapply for authorization to take the July 1997 bar examination. Costs of these proceedings are taxed to the applicant.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent and would require applicant to wait and reapply for the July 1998 bar examination.